**United States District Court**
**Northern District of New York**

| | |
|---|---|
| Jennell Ann Moses,                    ) | Case 5:20-cv-00844-GTS-CFH |
|     *Plaintiff*,            ) | |
|                                       ) | Christian F. Hummel |
| vs.                                            ) | United States Magistrate Judge |
|                                       ) | |
| Kilolo Kijakazi,                          ) | Glenn T. Suddaby |
| Acting Commissioner of Social Security,  ) | United States District Judge |
|     *Defendant*.          ) | |
|                                       ) | Stipulation – Document Filed Electronically |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys that Plaintiff is awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 4212, in the amount of $8,791.71 (eight thousand seven hundred ninety-one dollars and seventy-one cents) and costs in the amount of $400.00 (four hundred dollars). Such award is made in full satisfaction of any claim for fees, expenses, and costs. It is further agreed that payment will be made directly to Plaintiff's attorney, provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Jennell Ann Moses, |
| By Her Attorneys, | By Her Attorney, |
| Carla B. Freedman<br>United States Attorney | |
| */s/ Molly E. Carter*<br>Molly E. Carter<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 701004<br>Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>(617) 565-2393 | */s/ John W. DeHaan*[1]<br>John W. DeHaan<br>The DeHaan Law Firm P.C.<br>300 Rabro Drive East, Suite 101<br>Hauppauge, NY 11788<br>(631) 582-1200<br>jdehaan@dehaan-law.com |

---

[1] Signed by Molly Carter with permission from John DeHaan.

Molly.Carter@ssa.gov

IT IS SO ORDERED.

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: July 18, 2022